ISAAC B. POTTER et al., Respondents, *v.* THE NEW YORK
INFANT ASYLUM, Appellant.

(Submitted January 20, 1890; decided January 31, 1890.)

APPEAL from judgment of the General Term of the Supreme
Court in the second judicial department, entered upon an
order made February 14, 1887, which affirmed a judgment in
favor of plaintiffs entered upon the report of a referee.

*Clark Bell* for appellant.

*C. F. Potter* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.